1  William A. Delgado (SBN 222666)
     wdelgado@dtolaw.com
2  DTO LAW
   601 South Figueroa Street, Suite 2130
3  Los Angeles, CA 90017
   Telephone:  (213) 335-6999
4  Facsimile:   (213) 335-7802

5  Andrea L. Maddox (SBN 347935)
     amaddox@dtolaw.com
6  DTO LAW
   2400 Broadway Street, Suite 200
7  Redwood City, CA 94063
   Telephone:  (415) 630-4100
8  Facsimile:   (415) 630-4105

9  Attorneys for Defendant
   AMERICAN HONDA MOTOR CO., INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| BEVERLY BALLETTO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN HONDA MOTOR CO., INC.,<br><br>Defendant. | Case No.:  4:23-cv-01017-JSW<br>Hon. Jeffrey S. White<br><br>**STIPULATION AND [** ~~PROPOSED~~ **] ORDER TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**  AS MODIFIED HEREIN<br><br>Action Filed: March 6, 2023 |
|---|---|

1    Pursuant to Civil Local Rule 6-1(b), Plaintiff Beverly Balletto and Defendant
2  American Honda Motor Co., Inc., by and through their attorneys of record, stipulate
3  and agree as follows:
4    WHEREAS, Plaintiff filed her Complaint on March 6, 2023 (ECF No.1);
5    WHEREAS, by order issued on March 7, 2023, the Court scheduled an Initial
6  Case Management Conference for June 6, 2023 at 2:00 p.m. and set associated
7  deadlines pursuant to the Federal Rules of Civil Procedure, the Civil Local Rules,
8  and the Alternative Dispute Resolution Local Rules (ECF No. 4);
9    WHEREAS, on March 10, 2023, following reassignment of the above-
10 captioned case to the Honorable Jeffrey S. White, the Court reset the Initial Case
11 Management Conference for June 9, 2023 at 11:00 a.m. (ECF No. 9);
12   WHEREAS, Defendant filed its Motion to Dismiss on April 28, 2023 (ECF No.
13 14);
14   WHEREAS, the parties filed a stipulation on May 8, 2023 requesting to
15 extend the briefing schedule for Plaintiff's response to the Motion to Dismiss and
16 Defendant's reply in support of its Motion to Dismiss (ECF No. 17);
17   WHEREAS, by order issued May 8, 2023, the Court ordered Plaintiff's
18 response to the Motion to Dismiss shall be due on June 8, 2023 and Defendant's
19 reply in support of its Motion to Dismiss shall be due on June 23, 2023 (ECF No.
20 18);
21   WHEREAS, the Court further ordered that the hearing on Defendant's
22 Motion to Dismiss shall be on July 7, 2023 at 9:00 a.m. (ECF No. 18);
23   WHEREAS, the parties respectfully submit that, because the pleadings are
24 not yet settled, good cause exists to continue the Initial Case Management
25 Conference and related deadlines, including those for ADR compliance, until after
26 the hearing on Defendant's Motion to Dismiss, in order to promote efficiency and
27 conserve resources;
28

WHEREAS, by agreeing to request that the Court continue the Initial Case Management Conference and related deadlines, neither party waives any rights regarding discovery;

NOW, THEREFORE, IT IS HEREBY STIPULATED, by and between the undersigned, subject to Court approval, as follows:

1. The Initial Case Management Conference set for June 9, 2023 at 11:00 a.m. shall be reset to a date convenient to the Court after the issuance of an order on the Motion to Dismiss.

2. All case deadlines associated with the Initial Case Management Conference, including those for ADR compliance, will likewise be reset in accordance with the standard deadline extensions in the U.S. District Court for the Northern District of California.

Respectfully submitted,

Dated: May 15, 2023          DTO LAW

By: /s/ William A. Delgado
    William A. Delgado

Attorney for Defendant
AMERICAN HONDA MOTOR CO., INC.

Dated: May 15, 2023          BURSOR & FISHER, P.A.

By: /s/ L. Timothy Fisher
    L. Timothy Fisher

Attorney for Plaintiff
BEVERLY BALLETTO

Pursuant to Civil Local Rule 5-1(h)(3), all signatories concur in filing this stipulation.

Dated: May 15, 2023          By: /s/ William A. Delgado
                                 William A. Delgado

1              [~~PROPOSED~~] ORDER

2       After reviewing the Parties' Stipulation to Continue the Initial Case
3  Management Conference and Related Deadlines and good cause appearing, the
4  Court orders as follows:

5       1.   The Initial Case Management Conference set for June 9, 2023 at 11:00
6  a.m. shall be reset ~~to a date convenient to the Court after the issuance of an~~ if necessary, in the order
7  on the Motion to Dismiss.

8       2.   All case deadlines associated with the Initial Case Management
9  Conference, including those for ADR compliance, will likewise be reset in
10 accordance with the standard deadline extensions in the U.S. District Court for the
11 Northern District of California.

13     **IT IS SO ORDERED.**

15 Dated: __May 25__, 2023                    _____
16                                            HONORABLE JEFFREY S. WHITE
                                              U.S. DISTRICT COURT JUDGE